# CARDILLO & CORBETT

| ROBERT V. CORBETT | 29 BROADWAY | FRANCIS H. MCNAMARA |
|---|---|---|
| CHRISTOPHIL B. COSTAS | NEW YORK, NY 10006 | COUNSEL |
| TULIO R. PRIETO | (212) 344-0464 | JOSEPH CARDILLO, JR. |
| JAMES P. RAU |  | (1913-1980) |

FAX: (212) 797-1212/509-0961

E-MAIL: CC@CARDILLOCORBETT.COM

**BY HAND**                          October 13, 2009

Hon. Victor Marrero
United States District Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09

Re: Swiber Offshore Construction Pte. Ltd.
    v. Likpin International Ltd.
    09 Civ. 7795 (VM)
    Our File: E-482-25

Dear Judge Marrero:

    We represent the plaintiff Swiber Offshore Construction Pte. Ltd.

    On Thursday, October 8, 2009 $501,725 of funds belonging to defendant Likpin International Ltd. were stopped at Citibank N.A. pursuant to the Court's attachment order of September 14, 2009.

    The notice required under Rule B.2 of the Court's Local Admiralty and Maritime Rules has been sent to the defendant.

                              Respectfully yours,

                              Cardillo & Corbett

                              By: _____
                                  Francis H. McNamara

SO ORDERED: The Clerk of Court is directed to unseal the record of this case and enter this letter in the public file.
10-14-09
DATE    VICTOR MARRERO, U.S.D.J.