Cardillo & Corbett
Attorneys for Plaintiff
Swiber Offshore Construction Pte. LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Francis H. McNamara (FM-4649)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SWIBER OFFSHORE CONSTRUCTION PTE. LTD., :
: ECF
                    Plaintiff,          : AFFIDAVIT IN
                                        : SUPPORT OF ORDER
         -against-                      : TO TEMPORARILY SEAL
                                        : CASE
LIKPIN INTERNATIONAL LTD.,              : 09 Civ.
                                        :
                                        :
                    Defendant.          :
----------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

    FRANCIS H. McNAMARA, being duly sworn, deposes and says:

    1. I am a member of the Bar of this Court and am associated with the firm of Cardillo & Corbett, attorneys for the Plaintiff herein. I am familiar with the facts of this case and make this affidavit in support of Plaintiff's application that the Court file be sealed, pending further order by the Court.

    2. Upon information and belief, it is the practice of many law firms in the maritime bar to review the daily electronic docket sheet of the Southern District of New York for all maritime actions filed in the district and inform the

defendant(s) named therein of any Ex Parte Orders of Attachment pending against them, thus defeating the purpose of the Ex Parte application.

3. Upon information and belief, it is the practice of certain publications, specifically Tradewinds, to publish the names of defendants named in Ex Parte Orders of Attachment, thus further defeating the purpose of the Ex Parte application.

4. Upon information and belief, Tradewinds has very recently publicized the names of parties in Rule B proceedings, the amount of the attachments, and other details of the actions, thereby further defeating the purpose of the Ex Parte application.

5. The Courts within the Southern District of New York have an interest in preserving the efficacy of the Ex Parte Orders issued therein.

6. The above interest supersedes the interest in maintaining a completely public docket, especially given that the public's access will only be limited temporarily until assets are attached and notice of attachment has been provided to the Defendant.

7. Indeed, the public's access to Ex Parte Orders of Maritime Attachment defeats their entire purpose, by depriving Plaintiffs of the element of surprise and potentially allowing Defendants to re-route their funds to avoid the attachment, thus

making the attachment remedy hollow.

   8.   For the foregoing reasons, Plaintiff requests that the Court issue an Order temporarily sealing the court file in this matter, including the Verified Complaint and all other pleadings and Orders filed and/or issued herein until further notice of this Court or notification to the clerk that property has been attached.

   9.   This request is narrowly tailored to meet Plaintiff's needs. Once property is attached, the case should be unsealed, as the interest underlying sealing the case will have been largely eliminated.

   WHEREFORE, it is respectfully requested that an order be granted sealing the Court file pending further order by this Court or notification to the Clerk that property has been attached.

                                        _____
                                        Francis H. McNamara

Sworn to before me this
9th day of September, 2009

_____
   NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

3