Cardillo & Corbett
Attorneys for Plaintiff
Swiber Offshore Construction Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Francis H. McNamara (FM4649)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SWIBER OFFSHORE CONSTRUCTION        :
PTE. LTD.,                          :
                                    :
                        Plaintiff,  :   **ECF**
                                    :
            -against-               :   Index No. 09 Civ. 7795(VM)
                                    :
LIKPIN INTERNATIONAL, LTD.,         :   DISMISSAL ORDER
                                    :
                        Defendant.  :
------------------------------------x

Upon the application of the attorneys for the plaintiff, and the defendant not having appeared, it is

ORDERED that the within action is dismissed with prejudice and without costs, and that this Court's order of attachment dated September 14, 2009 is vacated, and

IT IS FURTHER ORDERED that Cardillo & Corbett shall inform garnishee Citibank N.A. in writing that all funds attached in this case shall be released.

Dated: November 6, 2009

_____
Victor Marrero
United States District Judge